C-Track

FILED

December 12 2007

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | OP 07-0713 | **Case Filing Date:** | 11/30/2007 |
| **Short Title:** | Office of St. Public Defender v. Mt. 13th Jud. Dist. | **Status:** | Post-Decision |

## Master Distribution List

**Remove**

| | | |
|---|---|---|
| ☐ | Associated Attorney: | Dennis Paxinos<br>Attorney at Law<br>217 N. 27th St.<br>P.O. Box 35025<br>Billings MT 59107 |
| ☐ | Attorney o/b/o<br>Office of the State Public Defender: Petitioner | James B. Wheelis<br>Attorney at Law<br>Chief Appellate Defender<br>P.O. Box 200145<br>Helena MT 59620 |
| ☐ | Attorney o/b/o<br>Missoula County, Fourth Judicial District: Respondent | Mike McGrath<br>Attorney at Law<br>Atty. Gen. Office<br>P.O. Box 201401<br>Helena MT 59620 |
| ☐ | Dist List Member: | Laura Brent<br>Clerk of District Court<br>P.O. Box 35030<br>Billings MT 59107-5030 |
| ☐ | Other: | Hon. Russell C. Fagg<br>District Court Judge<br>PO Box 35042<br>Billings MT 59107 |
| ☐ | Other: | Raymond Case, Jr.<br>AO# 2114056<br>Montana State Prison<br>500 Conley Lake Rd.<br>Deer Lodge MT 59722 |